FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
Page 1 of 5

24 DEC -6 PM 4:29

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

_Kurt Overture pro se_
~~Informa Pauperis~~
Plaintiff/Petitioner

v.                                      Civil Action No. _____

_____
Defendant/Respondent

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Kurt Overture_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 12-5-2024

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment  UNEMPLOYED | $ 0 | $ N/A | $ 700 | $ |
| Self-employment | $ 600 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

INHERITANCE #92,000 ALL GONE FROM EVICTION (SEE OTHER PRIOR CASES)
56 MEADOWLARK LANE GREELEY, CO 80631 JT.ROS.
24 CV 1001, 395 EE

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) NEW FOOD BANK ONCE LAST WEEK | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| SELF | 16583 HWY 392 | SPRING 2024 | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| TARQUIN LLC | WELD ROAD 23 1/2 WINDSOR, CO | SEPT 23 - DEC 23 | $ 2600 |
| LOVES GREELEY | 2400 47 AVE GREELEY, CO 80634 | MAY 2023 - SEPT 2023 | $ 1200 |
| | | | $ |

4. How much cash do you and your spouse have? $ 150

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| FIRST NATL BANK OF OMAHA | CHECKING | $ ~100 | $ |
| INTERSTATE BANK | -15 OVERDRAWN | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ |
| Other real estate (Value) 16583 HWY 392 | $ 350,000 |
| Motor vehicle #1 (Value) | $ |
| WON'T PASS EMISSION (NEW TO ME) Make and year: FORD RANG 2001  Model: RANGER P/U  Registration #: | |
| Motor vehicle #2 (Value) 2005 / 2003 | $ |
| Make and year: BMW MOTORCYCLE / HARLEY DAVIDSON MOTORCYCLE  Model: RS ROD  Registration #: 2005 | |
| Other assets (Value) 3 OTHER MOTORCYCLES HONDA GOLDWING 1968 FORD T-BIRD KAWASAKI 1300, 1400 | $ |
| Other assets (Value) 1965 DIESEL P/U (BEING "KZ 1300" 1979 2000 CHEVROLET) (REPAIR) IN REPAIR | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money BROTHERS NOT JTTROS (PROBATE FIGHT OVER PARENTS HOUSE) | Amount owed to you | Amount owed to your spouse N/A |
|---|---|---|
| | $ 600,000 | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) NONE | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?  ☐ Yes  ☒ No<br>Is property insurance included?  ☐ Yes  ☒ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 150 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 250 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ 150 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $1300/YEAR | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 100 | $ |
| Installment payments |  |  |
| Motor vehicle: | $ 150 | $ |
| Credit card (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) VARIED BY JOB | $ | $ |
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☒ Yes   ☐ No

    If yes, how much?  $ _PRIVATE INVESTIGATOR_
    _FED JUDGE LEWIS BABCOCK_
    _JD SHANNON LYONS & JAMES LYONS_

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    EVICTED FROM PARENTS & MY HOUSE JTRO'S
    FILING IN THIS FED COURT IN PROCESS

12. Identify the city and state of your legal residence.

    GREELEY, CO 80631      (USUALLY OFF
    Your daytime phone number: 470 301 5051   SEND TEXT)

    Your age: 60    Your years of schooling: 16

I CANNOT SIGN ON PACER
TRIED 5 TIMES (IT SHUTS DOWN)

I GIVE UP ON PACER, GRRR.

(THIS IS A LIVE HACK IN REAL TIME)
(WORKS AT FIRST THEN SHUTS ME OUT
OR GOES OFFLINE)
SUA SPONTE

Affiant Attest this Day 12-5-2024
[signature]